E-filing

FILED

*2007 JUL 20 PM 3:06*

1  J. EDWARD MARSHALL, SBN: 71826
   Law Offices of J. Edward Marshall
2  5901 Christie Avenue, Suite 503
   Emeryville, California 94608
3  Telephone: (510) 758-1266

4  Attorney for Aloysius L. Rhodes, Plaintiff.

5

6

7

8            UNITED STATES DISTRICT COURT,
            NORTHEN DISTRICT OF CALIFORNIA                    ADR
9

10

11  ALOYSIUS L. RHODES,          )            C07-03754
               Plaintiff.         )
12                  .             )    NO._____
                                  )
13            vs.                 )    COMPLAINT FOR DAMAGES
                                  )    (42 U.S.C. Section 1983)
14  MARK HEADRICK,                )
               Defendant.         )
15  _____)

16

17                    DEMAND FOR JURY TRIAL

18  Plaintiff alleges:

19    1.  This is an action brought under 42 U.S.C. Section 1983 to recover damages against

20  defendant for violation of plaintiff's rights under to be safe and secure in his home and

21  surroundings as guaranteed by the Fourth and Fourteenth Amendments to the United States

22  Constitution.

23    2.  The jurisdiction of this court is predicated on 28 U.S.C. Section 1331 and Section 1343.

24    3.  Plaintiff, Aloysius L. Rhodes, is, and at all times mentioned in this complaint was, a citizen

25  of the United States, and a resident of Alameda County..

26

COMPLAINT

-1-

PPpp

1    4.  Defendant, Mark Headrick, was at all times mentioned in this complaint a resident of

2    Alameda County, California. Venue is therefore proper under 28 U.S.C. Section 1391(b).

3    5.  A substantial part of the events giving rise to this action occurred in Alameda County,

4    California. Venue is therefore proper under 28 U.S.C. Section 1391(b).

5    6.   Defendant was at all time mentioned in this complaint a law enforcement officer working

6    as an officer with the California Highway Patrol under Badge No. 017344 assigned to the

7    Hayward, California  Highway Patrol station.

8    **7.**  Defendant was at all times mentioned in this complaint, acting in the course and scope of

9    employment with the California Highway Patrol.

10    8.  Defendant was, at all times mentioned in this complaint, acting under color of state law.

11    9.  Defendant is sued in his individual capacity.

12    10.  On or about September 6, 2003, Plaintiff, an African American Male and his wife,

13    Nicollette L. Rhodes, a female of Latin ethnicity (hereafter Wife) were riding in plaintiff's 1999

14    Cadillac SUV  on  their way home after a night of bowling with friends and were proceeding on

15    Freeway 580 toward Hayward. At approximately 2:00 am  the Wife became upset and plaintiff

16    pulled the vehicle off the road onto the emergency lane to let her out of the vehicle to cool off

17    and put on his hazard lights.  Subsequent ly a California Highway Patrol vehicle appeared  and

18    pulled along side plaintiff's vehicle. Said vehicle was manned by the defendant and another

19    officer, named Donald Harper, both white,  At this time the Wife had gotten back into plaintiff's

20    vehicle. Defendant claimed that plaintiff's vehicle was not fully in the emergency lane which

21    was not true. Then he began to question the Wife about her relationship with the plaintiff and

22    inquired as why she was crying. The Wife repeatedly told the defendant that it was a marital

23    problem, but the defendant persisted in the line of questioning but not getting his desired

24    response.

25

26          Thereupon, defendant questioned the plaintiff as to whether he has been drinking to which

2

the plaintiff stated that he had one drink at the bowling alley. Defendant thereupon stuck his head into the vehicle and claimed that he smelled alcohol and ordered the plaintiff out of the vehicle. Plaintiff was required to perform field sobriety tests and to be tested by a breathalyzer never informing plaintiff as to how he performed. Defendant then placed plaintiff in the CHP patrol car and took him to a CHP station in Castro Valley where further breath tests were attempted. Thereupon, plaintiff was taken to the Santa Rita County Jail and placed under arrest. As a result of this arrest plaintiff lost the use of his license for a period of one year depriving him of his livelihood as a security guard.

Plaintiff pleaded not guilty to the charges lodged against him and after several continuances, the charges were dropped and the case dismissed.

11. In acting as alleged in this complaint, defendant acted knowingly, willfully, and maliciously, and with reckless and callous disregard for plaintiff's federally protected rights.

WHEREFORE , plaintiff prays judgment against defendant as follows:

1. For compensatory damages, in an amount to be determined according to proof at trial;

2. For punitive damages, in an amount to be determined according to proof at trial;

3. For reasonable attorney's fees, pursuant to 42 U.S.C. Section 1988;

4. For costs of suit incurred in this action; and

5. For such other and further relief as the Court deems proper.

Dated: *7-17- 07*

Respectfully submitted,
Law Offices of J. Edward Marshall

By: _____
J. Edward Marshall
Attorney for Aloysius L. Rhodes

3

1                                    DEMAND FOR JURY TRIAL

2

3       Plaintiff. Aloysius L. Rhodes hereby demands a jury trial.

4       Dated: 7-17-07

5

6                                    Respectfully submitted

7

8                            Law Offices of J. Edward Marshall,
                           Attorney for Plaintiff, Aloysius L. Rhodes
9

10                                          By

11                                               J. Edward Marshall,

12

13

14

15    .

16

17

18

19

20

21

22

23

24

25

26

                                              4