## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 2, 2007

To:

James Edward Marshall
Attorney at Law
Post Office Box 1919
Oakland, CA 94604

Re: Aloysius Rhodes v. Mark Headrick - C07-3754 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 19, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 6, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott

By:   Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 2, 2007

To:

James Edward Marshall
Attorney at Law
Post Office Box 1919
Oakland, CA 94604


Re: Aloysius Rhodes v. Mark Headrick - C07-3754 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for <u>November 19, 2007 at 4:00 p.m.</u> To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 6, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott

By:   Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 2, 2007

To:

James Edward Marshall
Attorney at Law
Post Office Box 1919
Oakland, CA 94604


Re: Aloysius Rhodes v. Mark Headrick - C07-3754 BZ


Dear Sir:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for <u>November 19, 2007 at 4:00 p.m.</u> To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 6, 2007.


Sincerely,

Richard W. Wieking, Clerk
United States District Court


_/s/ Lashanda Scott_

By:   Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd