**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **01/14/2008**

**C07-3754 BZ**

**Aloysius L. Rhodes v. Mark Headrick**

Attorneys:    Not Present        Not Present

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Digital Recording: 4:10-4:11**

**PROCEEDINGS:**                    **RULING:**

1. Initial Case Management Conference        Not Held
2. _____        _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff's counsel not present for hearing. Plaintiff has not filed a proof of service in this case. Plaintiff has not filed a consent form to magistrate judge jurisdiction. Court will issue an Order to Show Cause for lack of prosecution and failure to appear at the Case Management Conference.
( XX ) ORDER TO BE PREPARED BY:    Plntf ____ Deft ____ Court XX

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
    ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -            Trial Date-
                                 Type of Trial:

Notes:_____