UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALOYSIUS L. RHODES, | ) | |
| Plaintiff(s), | ) | No.  C 07-3754 BZ |
| v. | ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| MARK HEADRICK, | ) | |
| Defendant(s). | ) | |

Plaintiff failed to appear at the January 14, 2008 case management conference and did not seek to have his presence excused.  Plaintiff also failed to file a case management conference statement and does not appear to have served defendant with his complaint.

Therefore, good cause appearing, plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed for lack of prosecution on **Monday, March 10, 2008**, at **4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: January 15, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RHODES\OSC RE DISMISSAL.wpd

1