**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/10/2008**

**C07-3754 BZ**

**Aloysius L. Rhodes v. Mark Headrick**

Attorneys: Pltf: Not Present
           Def: Not Present

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Digital Recording; 4:19-4:23**

**PROCEEDINGS:**                                    **RULING:**

1. Order To Show Cause Hearing                      Not Held
2. _____                  _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel not present for the hearing.  The Court will prepare a Report and Recommendation to dismiss this case for lack of prosecution.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                          Type of Trial:  ( )Jury    ( )Court
Notes: _____