UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS L. RHODES,<br><br>      Plaintiff(s),<br><br>   v.<br><br>MARK HEADRICK,<br><br>      Defendant(s). | No.  C07-3754 BZ<br><br>**ORDER TO CORRECT ELECTRONIC COURT FILING INFORMATION AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

   After plaintiff failed to appear at the January 14, 2008 case management conference, file a case management conference statement, or seek leave of the court to have his presence excused, the court issued an order to show cause why the case should not be dismissed for failure to prosecute.

   Plaintiff did not appear at the March 10, 2008 show cause hearing.  During the hearing, the clerk attempted to contact plaintiff's counsel, James Edward Marshall, by telephone.  Mr. Marshall did not answer and the clerk left a message.  The following day, Mr. Marshall contacted the court clerk, apologized for his absence, and stated he would file a

1

1 | response by March 14, 2008.

2 |     To date, plaintiff has not filed a response to the order
3 | to show cause.  Moreover, it does not appear that he has
4 | served the summons issued on July 20, 2007.

5 |     Recently, it has come to the court's attention that Mr.
6 | Marshall did not properly register his email address with the
7 | court's Electronic Court Filing (ECF) system.  Because of Mr.
8 | Marshall's error, it is not clear whether plaintiff has been
9 | receiving the court's orders.[1]  Mr. Marshall is **HEREBY ORDERED**
10 | to correct his registration ECF by no later than **April 18,**
11 | **2008**.  (Mr. Marshall may contact the ECF Hotline at (866)
12 | 638-7829 if he experiences any difficulties.)

13 |     In light of the fact that plaintiff may not have
14 | received notice of the show cause hearing, plaintiff is again
15 | **ORDERED** to show cause why this case should not be dismissed
16 | for lack of prosecution on **Wednesday, April 30, 2008**, at
17 | **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450
18 | Golden Gate Avenue, San Francisco, California, 94102.

19 |     The clerk is directed to serve a copy of this order on
20 | Mr. Marshall at the address listed on plaintiff's complaint.

21 | Dated: April 4, 2008

22 |                                  /s/ Bernard Zimmerman
23 |                         Bernard Zimmerman
                    United States Magistrate Judge

24 | G:\BZALL\-BZCASES\RHODES\ORDER RE ECF AND OSC RE DISMISSAL.wpd

---

[1] This does not explain why Mr. Marshall did not file a response by March 14, 2008 as he said he would.

2