**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **04/30/2008**

**C07-3754 BZ**

**Aloysius L. Rhodes v. Mark Headrick**

Attorneys: Pltf: James Edward Marshall
            Def: Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Margo Gurule; 10:02-10:07**

**PROCEEDINGS:**                         **RULING:**

1. Order To Show Cause Hearing            Matter Held
2. _____            _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff requested an extension of time to serve the defendants. Request granted. Plaintiff will complete service by June 30, 2008. Plaintiff will need to consent or decline magistrate judge jurisdiction within 10 days. Initial Case Management Conference set for July 14, 2008 at 4:00 p.m.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____