UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS L. RHODES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MARK HEADRICK,<br><br>        Defendant(s). | No.  C07-3754 BZ<br><br>**ORDER RE CONSENT OR DECLINATION OF MAGISTRATE JURISDICTION; SERVICE OF SUMMONS AND COMPLAINT; AND CASE MANAGEMENT CONFERENCE** |

    A hearing on the April 4, 2008 order to show cause why the case should not be dismissed for failure to prosecute was held on April 300, 2008.  Plaintiff's counsel, James E. Marshall, appeared and requested an extension of time to serve defendant.

    Plaintiff is **HEREBY ORDERED** to:

    1.  File a consent to or a declination of my jurisdiction pursuant to 28 U.S.C. section 636(c) within **10 days** of the date of this order[1];

---

[1]  Forms to consent or decline magistrate jurisdiction can be found at www.cand.uscourts.gov.

1

2.  By no later than **June 30, 2008**, serve defendant with the summons, complaint, and a copy of this order or, in the alternative, dismiss the case; and

3.  Appear for a case management conference on **July 14, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Defendant is also **ORDERED** to appear at the July 14, 2008 case management conference.

The parties are **FURTHER ORDERED** to file a joint case management conference statement by no later than **July 7, 2008** that complies, to the best of the parties' abilities, with my July 20, 2007 order.

Dated: April 30, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RHODES\ORDER RE CONSENT, SERVICE AND CONFERENCE.wpd

2