J. EDWARD MARSHALL, SBN: 71826
Law Offices of J. Edward Marshall
5901 Christie Avenue, Suite 503
Emeryville, California 94608
Telephone: (510) 758-1266

Attorney for Aloysius L. Rhodes, Plaintiff.

UNITED STATES DISTRICT COURT,
NORTHEN DISTRICT OF CALIFORNIA

ALOYSIUS L. RHODES, )
    Plaintiff. )
    . ) NO.__C 07 03754BZ
     )
vs. ) ORDER CONTINUING CASE
     ) MANGEMENT CONFERENCE
MARK HEADRICK, )
    Defendant. )

IT IS HEREBY ORDERED that the initial case management conference in this action scheduled for July 14, 2008 be continued to August 25, 2008 at 4:00 p.m.

IT IS FURTHER ORDERED that a Case Management Statement be timely filed prior to the continued case management conference, *and this order be served on defendant*

**IT IS SO ORDERED**

Dated: 7/14/08

BERNARD ZIMMERMAN
United States Magistrate Judge

-1-