1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III (SBN 170784)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 703-5500
    Fax: (415) 703-5480
6   Email: Harry.Gower@doj.ca.gov

7  Attorneys for Defendant Mark Headrick

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **ALOYSIUS L. RHODES,**

13                                      Plaintiff,

14             **v.**

15  **MARK HEADRICK,**

16                                      Defendant.

17

18

Case No.:  C 07-03754-BZ

**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES**

Date:  September 17, 2008
Time:  10:00 a.m.
Place:  Courtroom G
Judge:  Bernard Zimmerman

Date Action Filed: July 20, 2007
Trial Date: Not Set

19

20               **NOTICE OF MOTION AND MOTION**

21       TO PLAINTIFF AND HIS COUNSEL OF RECORD:

22       PLEASE TAKE NOTICE that on September 17, 2008, at 10:00 a.m., or as soon

23  thereafter as the matter may be heard, in Courtroom "G" of this Court, located at 450 Golden

24  Gate Avenue, San Francisco, California, defendant Mark Headrick will, and hereby does, move

25  this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order

26  dismissing this case with prejudice.

27  ///

28  ///

1

[MOTION TO DISMISS]                          *Rhodes v. Headrick*    No. C07-03754-BZ

1  This Motion is made on the grounds that the Complaint fails to state a federal claim upon

2  which relief can be granted.  This Motion is based upon this Notice of Motion and Motion, the

3  Memorandum of Points and Authorities filed herewith, and the pleadings, orders, memoranda,

4  exhibits and other documents already on file in this action.

5

6  ## MEMORANDUM OF POINTS AND AUTHORITIES

7  ### I.    FACTS

8  Plaintiff alleges a cause of action under 42 U.S.C. section 1983 for wrongful arrest.

9  (Complaint, ¶¶ 1, 10.)  Plaintiff alleges that the defendant, CHP Officer Mark Headrick, arrested

10  him on September 6, 2003.  (Complaint, ¶ 10.)

11  ### II.    STATEMENT OF ISSUES TO BE DECIDED

12  1.    The Complaint fails to allege facts sufficient to state a federal claim upon which

13  relief can be granted, because the complaint is barred by the statute of limitations.

14  ### III.    ARGUMENT

15  ### The Complaint Is Barred by the Statute of Limitations

16  In 42 U.S.C. section 1983 actions, the federal courts borrow the state statute of

17  limitations that applies to personal injury actions.  *Wilson v. Garcia,* 471 U.S. 261, 279-280

18  (1985); *Silva v. Crain*, 169 F.3d 608, 610 (9th Cir. 1999). At the time of Plaintiff's arrest,

19  September 6, 2003, the California general personal injury statute of limitations was two years.

20  Cal. Civ. Proc. Code § 335.1 (West 2006.)  Plaintiff, then, had two years in which to file this

21  lawsuit-- that is, until September 5, 2005.  Plaintiff, however, did not file this lawsuit until July

22  20, 2007, and it is barred by the statute of limitations.

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

**IV.   CONCLUSION**

Plaintiff's federal civil rights claim is barred by the statute of limitations.  Accordingly, CHP Officer Mark Headrick respectfully requests that the court grant this motion and dismiss the Complaint with prejudice.

Dated: July 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General


    /s/  *HARRY T. GOWER, III*
HARRY T. GOWER, III
Deputy Attorney General

Attorneys for Defendant Mark Headrick

40269173.wpd
SF2008200361

3

[MOTION TO DISMISS]                    *Rhodes v. Headrick*     No. C07-03754-BZ