1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III (SBN 170784)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 703-5500
    Fax: (415) 703-5480
6   Email: Harry.Gower@doj.ca.gov

7  Attorneys for Defendant Mark Headrick

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **ALOYSIUS L. RHODES,**            Case No.:  C 07-03754-BZ

13                      Plaintiff,     **DECLINATION TO PROCEED
                                       BEFORE A MAGISTRATE JUDGE
14      **v.**                         AND REQUEST FOR REASSIGNMENT
                                       TO A UNITED STATES DISTRICT
15  **MARK HEADRICK,**                 COURT JUDGE**

16                      Defendant.

17

18

19          **REQUEST FOR REASSIGNMENT TO A
            UNITED STATES DISTRICT COURT JUDGE**

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                               1

1    The undersigned party hereby declines to consent to the assignment of this case to a

2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

3  this case to a United States District Judge.

4

5  Dated:  July 31, 2008

6                                                    Respectfully submitted,

7                                                    EDMUND G. BROWN JR.
                                                     Attorney General of the State of California
8                                                    PAUL T. HAMMERNESS
                                                     Supervising Deputy Attorney General

9

10                                                    /s/   HARRY T. GOWER, III

11                                                   HARRY T. GOWER, III
                                                     Deputy Attorney General

12                                                   Attorneys for Defendant Mark Headrick

13   40269165.wpd
     SF2008200361
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE]    *Rhodes v. Headrick*  No. C07-03754-BZ