1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III (SBN 170784)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 703-5500
    Fax: (415) 703-5480
6   Email: Harry.Gower@doj.ca.gov

7  Attorneys for Defendant Mark Headrick

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  **ALOYSIUS L. RHODES,**

12                              Plaintiff,

13         **v.**

14  **MARK HEADRICK,**

15                              Defendant.

16

17

18

19

Case No.:  CV 07-03754-CW

**RE- NOTICE OF MOTION AND
MOTION TO DISMISS;
MEMORANDUM OF POINTS AND
AUTHORITIES**

Date:  September 18, 2008
Time: 2:00 p.m.
Place: Courtroom 2, 4th Floor
        1301 Clay Street,
        Oakland, CA
Judge:  Claudia Wilken

Date Action Filed: July 20, 2007
Trial Date: Not Set

20               **NOTICE OF MOTION AND MOTION**

21       TO PLAINTIFF AND HIS COUNSEL OF RECORD:

22       PLEASE TAKE NOTICE that on September 18, 2008, at 2:00 p.m., or as soon thereafter

23  as the matter may be heard, in Courtroom 2 of this Court, located at 1301 Clay Street, Oakland,

24  California, defendant Mark Headrick will, and hereby does, move this Court, pursuant to Rule

25  12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing this case with

26  prejudice.

27  ///

28  ///

                                    1

[MOTION TO DISMISS]                    *Rhodes v. Headrick*    No. CV 07-03754-CW

1      This Motion is made on the grounds that the Complaint fails to state a federal claim upon

2   which relief can be granted.  This Motion is based upon this Notice of Motion and Motion, the

3   Memorandum of Points and Authorities filed herewith, and the pleadings, orders, memoranda,

4   exhibits and other documents already on file in this action.

5

6                    **MEMORANDUM OF POINTS AND AUTHORITIES**

7                                **I.    FACTS**

8      Plaintiff alleges a cause of action under 42 U.S.C. section 1983 for wrongful arrest.

9   (Complaint, ¶¶ 1, 10.)  Plaintiff alleges that the defendant, CHP Officer Mark Headrick, arrested

10  him on September 6, 2003.  (Complaint, ¶ 10.)

11                  **II.    STATEMENT OF ISSUES TO BE DECIDED**

12     1.    The Complaint fails to allege facts sufficient to state a federal claim upon which

13  relief can be granted, because the complaint is barred by the statute of limitations.

14                            **III.    ARGUMENT**

15            **The Complaint Is Barred by the Statute of Limitations**

16     In 42 U.S.C. section 1983 actions, the federal courts borrow the state statute of

17  limitations that applies to personal injury actions.  *Wilson v. Garcia,* 471 U.S. 261, 279-280

18  (1985); *Silva v. Crain*, 169 F.3d 608, 610 (9th Cir. 1999). At the time of Plaintiff's arrest,

19  September 6, 2003, the California general personal injury statute of limitations was two years.

20  Cal. Civ. Proc. Code § 335.1 (West 2006.)  Plaintiff, then, had two years in which to file this

21  lawsuit-- that is, until September 5, 2005.  Plaintiff, however, did not file this lawsuit until July

22  20, 2007, and it is barred by the statute of limitations.

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

[MOTION TO DISMISS]                                    *Rhodes v. Headrick*    No. CV 07-03754-CW

1

**IV.    CONCLUSION**

2    Plaintiff's federal civil rights claim is barred by the statute of limitations.  Accordingly,

3  CHP Officer Mark Headrick respectfully requests that the Court grant this motion and dismiss

4  the Complaint with prejudice.

5

6  Dated: August 4, 2008

7                                                        Respectfully submitted,

8                                                        EDMUND G. BROWN JR.
                                                         Attorney General of the State of California
9                                                        PAUL T. HAMMERNESS
                                                         Supervising Deputy Attorney General

10

11                                                        /s/  *HARRY T. GOWER, III*
                                                         HARRY T. GOWER, III
12                                                        Deputy Attorney General

                                                         Attorneys for Defendant Mark Headrick
13

14    40270732.wpd
      SF2008200361

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[MOTION TO DISMISS]                                    *Rhodes v. Headrick*      No. CV 07-03754-CW