IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ALOYSIUS L. RHODES,**

　　　　　　　　　　　　　Plaintiff,

　　　　v.

**MARK HEADRICK,**

　　　　　　　　　　　　　Defendant.

Case No.: CV 07-03754-CW

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Defendant Mark Headrick's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was considered by the Court.  Good cause appearing,

IT IS ORDERED that Defendant's motion to dismiss is GRANTED.  Plaintiff's complaint, brought pursuant to 42 U.S.C. section 1983, is barred by the statute of limitations. The complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.


Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE