IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS L. RHODES,<br><br>      Plaintiff,<br><br>  v.<br><br>MARK HEADRICK,<br><br>      Defendant.<br>_____/ | No. 07-03754 CW<br><br>ORDER OF DISMISSAL |

    On July 31, 2008, Defendant filed a motion to dismiss and on August 5, 2008, Defendant renoticed his motion to dismiss for hearing on September 18, 2008. Plaintiff's opposition to the motion was due on August 28, 2008. The time to file an opposition to the motion has passed, and Plaintiff has not filed an opposition or requested an extension of time. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failure to prosecute.

9/11/08

Dated _____

*Claudia Wilken* (signature)

    CLAUDIA WILKEN
    United States District Judge

**United States District Court**
**For the Northern District of California**